FILED

DEC 12 2017

Clerk, US District Court
District of Montana - Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TIRRELL LEWIS,<br><br>Defendant. | CR 07-84-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, TIRRELL LEWIS is hereby released from the custody of the U.S. Marshals Service.

DATED this 12th day of December, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1